**THE HARBOR LAW GROUP**
Kira M. Rubel, Esq.
3615 Harborview Drive, NW, Suite C.
Gig Harbor, WA 98332-2129
Telephone: (253) 358-2215
kira@theharborlawgroup.com

**IJH LAW**
Ignacio J. Hiraldo, Esq. (*pro hac vice*)
1200 Brickell Ave. Ste. 1950
Miami, FL 33131
Telephone: (786) 496-4469
ijhiraldo@ijhlaw.com

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FISHER INVESTMENTS, INC.,<br><br>Defendant. | Case No. 3:21-cv-05262-JLR<br><br>**CLASS ACTION**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Mark Bryant and Defendant Fisher Investments, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows: All claims of Plaintiff are hereby dismissed <u>with</u> prejudice. All claims of the putative class members are hereby dismissed <u>without</u> prejudice. Each party to bear their own costs and attorney's fees.

---

*Bryant v. Fisher Investments, Inc.*
Case No. 21-cv-05262
Stipulation for Dismissal With Prejudice

DATED: September 13, 2021

                                Respectfully Submitted,

                                **IJH LAW**

                                */s/ Ignacio J. Hiraldo*
                                Ignacio J. Hiraldo, Esq. (*pro hac vice*)
                                1200 Brickell Ave. Ste. 1950
                                Miami, FL 33131
                                Telephone: (786) 496-4469
                                ijhiraldo@ijhlaw.com

                                Kira M. Rubel, WSBA #51691
                                **THE HARBOR LAW GROUP**
                                3615 Harborview Drive, NW, Suite C
                                Gig Harbor, WA 98332-2129
                                Telephone: (253) 358-2215
                                kira@theharborlawgroup.com

                                *Counsel for Plaintiff*


                                LANE POWELL PC

                                By *s/Priya B. Vivian*
                                Priya B. Vivian, WSBA No. 51802

                                By *s/Taylor Washburn*
                                Taylor Washburn, WSBA No. 51524

                                1420 Fifth Avenue, Suite 4200
                                P.O. Box 91302
                                Seattle, WA  98111-9402
                                T: 206.223.7000 / F: 206.223.7107
                                Email: vivianp@lanepowell.com
                                Email: washburnt@lanepowell.com

---

KABAT CHAPMAN & OZMER LLP

By *s/Ryan Watstein*
Ryan D. Watstein (*pro hac vice*)
rwatstein@kcozlaw.com
Alexander Terepka (*pro hac vice*)
aterepka@kcozlaw.com
17th Street NW, Suite 1550
Atlanta, Georgia 30363
Tel.: (404) 400-7300
Fax: (404) 400-7333

*Counsel for Defendant*